# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2018

*Report Required by the Ethics*
*in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BEETLESTONE, WENDY | U.S. DISTRICT COURT - EDPA | 08/03/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - ACTIVE | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

JAMES A. BYRNE U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | University of Pennsylvania Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BEETLESTONE, WENDY** | 08/03/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | University of Pennsylvania Law School (teaching stipend) | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA - SALARY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cayman Law School | February 7-9, 2018 | Georgetown, Cayman Islands | Lecture to faculty and students | Transportation and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BEETLESTONE, WENDY** | 08/03/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. CAPITAL ONE VISA | CREDIT CARD | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BEETLESTONE, WENDY** | 08/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  WELLS FARGO (CASH) | A | Interest | J | T | | | | | |
| 2.  PNC BANK (CASH) | A | Interest | L | T | | | | | |
| 3.  BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 4.  DEPOSIT ACCOUNT IDA12 (MMDA12) (cash) | A | Interest | M | T | | | | | |
| 5.  COLLEGE STATION TEX INDPT SC G O SCH BLDG BDS CALL PRE-REF (194475NT2) | C | Interest | M | T | Buy | 02/08/18 | M | | |
| 6.  FOX VALLEY TECH COLLEGE DIST GO PROM NTS (351594QD1) | C | Interest | M | T | Buy | 02/08/18 | M | | |
| 7.  GRAPEVINE-COLLEYVILLE INDPT SC ULTD TAX SCH BDS (3886403H5) | C | Interest | M | T | Buy | 02/08/18 | M | | |
| 8.  HAWAII ST GO BDS CALL PRE-REF (419792KV7) | C | Interest | L | T | Buy | 02/08/18 | L | | |
| 9.  HAWAII ST GO BDS (419792ME3) | C | Interest | M | T | Buy | 02/08/18 | M | | |
| 10.  JEA FLA ELEC SYS REV REV BDS CALL PRE-REF (46613SGT1) | C | Interest | M | T | Buy | 02/08/18 | M | | |
| 11.  KING CNTY WASH SCH DIST NO 405 ULTD TAX GO AND REF BDS (495098YQ2) | C | Interest | L | T | Buy | 02/08/18 | L | | |
| 12.  MONTGOMERY CNTY PA GO BDS (6135794U2) | B | Interest | L | T | Buy | 02/08/18 | M | | |
| 13.  NEW YORK NY GO BDS (64966MST7) | B | Interest | M | T | Buy | 02/08/18 | M | | |
| 14.  OHIO STATE GO REF BDS (677521EQ5) | C | Interest | L | T | Buy | 02/08/18 | L | | |
| 15.  SHELDON TEX INDPT SCH DIST ULTD TAX SCH BLDG REF B (8225165J5) | B | Interest | L | T | Buy | 02/08/18 | L | | |
| 16.  TEXAS ST GO BDS (882724AX5) | C | Interest | M | T | Buy | 02/08/18 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BEETLESTONE, WENDY** | 08/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. TRINITY RIVER AUTH TEX REGL REV BDS (89658HUA6) | B | Interest | M | T | Buy | 02/08/18 | M | | |
| 18. UNIVERSITY TEX UNIV REVS REV BDS (9151377Q0) | C | Interest | M | T | Buy | 02/08/18 | M | | |
| 19. DFA TAX MGD US SM CAP FD (DFTSX) | B | Dividend | M | T | Buy | 01/31/18 | M | | |
| 20. | | | | | Sold | 11/15/18 | M | | |
| 21. | | | | | Buy | 12/20/18 | M | | |
| 22. DFA TAX MGD US TARGETED VAL (DTMVX) | D | Dividend | O | T | Buy | 01/31/18 | O | | |
| 23. | | | | | Sold | 11/15/18 | O | | |
| 24. | | | | | Buy | 12/20/18 | O | | |
| 25. DFA INTL REAL ESTATE SEC PTF (DFITX) | B | Dividend | K | T | Buy | 01/31/18 | K | | |
| 26. DFA EMERGING MARKETS CORE EQUITY I (DFCEX) | A | Dividend | L | T | Buy | 11/15/18 | L | | |
| 27. DFA TAX MGD INTL VALUE FD (DTMIX) | | None | M | T | Buy | 12/20/18 | M | | |
| 28. DFA EMERGING MKTS VALUE PTF (DFEVX) | A | Dividend | K | T | Buy | 01/31/18 | L | | |
| 29. DFA US TARGETED VAL (DFFVX) | E | Dividend | | | Buy | 11/15/18 | O | | |
| 30. | | | | | Sold | 12/20/18 | O | | |
| 31. DFA INTL SML PTFL (DFISX) | D | Dividend | | | Buy | 01/31/18 | M | | |
| 32. | | | | | Sold | 11/15/18 | M | | |
| 33. | | | | | Buy | 11/15/18 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BEETLESTONE, WENDY** | 08/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34. | | | | | Sold | 12/20/18 | M | | |
| 35. DFA US SMALL CAP I (DFSTX) | D | Dividend | | | Buy | 11/15/18 | M | | |
| 36. | | | | | Sold | 12/20/18 | M | | |
| 37. DFA INT SMALL CAP GROWTH PORTFOLIO (DISMX) | D | Dividend | | | Buy | 11/15/18 | M | | |
| 38. | | | | | Sold | 12/20/18 | M | | |
| 39. DFA INTL SM CAP VAL PORT (DISVX) | A | Dividend | M | T | Buy | 01/31/18 | L | | |
| 40. | | | | | Sold | 11/15/18 | L | | |
| 41. | | | | | Buy | 12/20/18 | M | | |
| 42. ISHARES MSCI STH KOR ETF (EWY) | | None | | | Sold | 01/30/18 | J | | |
| 43. I SHARES MSCI STH AFR ETF (EZA) | | None | | | Sold | 01/30/18 | J | | |
| 44. AKZO NOBEL NV SPON ADR (AKZOY) | | None | | | Sold | 01/30/18 | K | | |
| 45. ALLIANCE RES PART LP UT LTD PART SBI/CBI (ARLP) | | None | | | Sold | 01/30/18 | K | | |
| 46. AMERICA MOVIL SAB DE CV SPON ADR L SHS (MAK) | | None | | | Sold | 01/30/18 | K | | |
| 47. AMERICAN WATER WORKS CO INC NEW (AWK) | A | Dividend | K | T | | | | | |
| 48. ANADARKO PETE CORP (APC) | | None | | | Sold | 01/30/18 | K | | |
| 49. AQUA AMERICA INC (WTR) | A | Dividend | K | T | | | | | |
| 50. BOEING CO (BA) | | None | | | Sold | 01/30/18 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BEETLESTONE, WENDY** | 08/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51.   BP PLC SPON ADR (BP) | D | Dividend | L | T | | | | | |
| 52.   BUCKEYE PART LP UNIT LTD PART SBI/CBI (BPL) | | None | | | Sold | 01/30/18 | K | | |
| 53.   CALIFORNIA RESOURCES CORP (CRC) | | None | | | Sold | 01/30/18 | J | | |
| 54.   CALIFORNIA WATER SVC GROUP (CWT) | A | Dividend | L | T | | | | | |
| 55.   CARRIZO OIL & GAS INC (CRZO) | | None | | | Sold | 01/30/18 | J | | |
| 56.   CHEVRON CORP NEW (CVX) | D | Dividend | M | T | | | | | |
| 57.   CNOOC LTD SPON ADR (CEO) | | None | | | Sold | 01/30/18 | L | | |
| 58.   CHINA PETE & CHEM CORP SPON ADR H SHS (SNP) | | None | | | Sold | 01/30/18 | K | | |
| 59.   CONOCO PHILLIPS (COP) | | None | | | Sold | 01/30/18 | M | | |
| 60.   DCP MIDSTREAM PART LP COM (DPM) | | None | | | Sold | 01/30/18 | K | | |
| 61.   DOWDUPONT (DWDP) | | None | | | Sold | 01/30/18 | K | | |
| 62.   ENBRIDGE ENERGY PART LP (EEP) | | None | | | Sold | 01/30/18 | J | | |
| 63.   ENBRIDGE INC (ENB) | | None | | | Sold | 01/30/18 | J | | |
| 64.   ENERGY TRANSFER EQUITY LP COM (ETE) | | None | | | Sold | 01/30/18 | K | | |
| 65.   ENERGY TRANSFER PART LP (ETP) | | None | | | Sold | 01/30/18 | K | | |
| 66.   ENI SPA SPON ADR (E) | | None | | | Sold | 01/30/18 | M | | |
| 67.   ENTERPRISE PRODS PART LP (EPD) | | None | | | Sold | 01/30/18 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BEETLESTONE, WENDY** | 08/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68.   EXXON MOBIL CORP (XOM) | D | Dividend | M | T | | | | | |
| 69.   GENERAL ELECTRIC CO (GE) | A | Dividend | | | Sold | 01/30/18 | K | | |
| 70.   GENESIS ENERGY LP (GEL) | A | Distribution | | | Sold | 01/30/18 | J | | |
| 71.   GOLDMAN SACHS GROUP INC (GS) | | None | | | Sold | 01/30/18 | L | | |
| 72.   HESS CORP (HES) | | None | | | Sold | 01/30/18 | L | | |
| 73.   HOLLY ENERGY PART LP (HEP) | | None | | | Sold | 01/30/18 | J | | |
| 74.   HUSKY ENERGY INC (HUSKF) | | None | | | Sold | 01/30/18 | J | | |
| 75.   INDIA FD INC (IFN) | C | Dividend | | | Sold | 01/30/18 | K | | |
| 76.   INTEL CORP (INTC) | | None | | | Sold | 01/30/18 | L | | |
| 77.   JP MORGAN CHASE & CO COM (JPM) | A | Dividend | | | Sold | 01/30/18 | L | | |
| 78.   KINDER MORGAN INC DEL (KMI) | A | Dividend | | | Sold | 01/30/18 | K | | |
| 79.   KONINKLIJKE PHILIPS NV NY REG SH<br>NEW (PHG) | | None | | | Sold | 01/30/18 | J | | |
| 80.   MAGELLAN MIDSTREAM PART LP<br>(MMP) | | None | | | Sold | 01/30/18 | L | | |
| 81.   MARATHON OIL CORP (MRO) | | None | | | Sold | 01/30/18 | L | | |
| 82.   MARATHON PETE CORP (MPC) | D | Dividend | M | T | | | | | |
| 83.   MIDDLESEX WATER CO (MSEX) | A | Dividend | J | T | | | | | |
| 84.   MPLX LP COM (MPLX) | | None | | | Sold | 01/30/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BEETLESTONE, WENDY** | 08/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. NATIONAL GRID PLC SPON ADR NEW (NGG) | A | Dividend | | | Sold | 01/30/18 | K | | |
| 86. NATIONAL OILWELL VARCO INC (NOV) | | None | | | Sold | 01/30/18 | J | | |
| 87. NORTHROP GRUMMAN CORP (NOC) | | None | | | Sold | 01/30/18 | M | | |
| 88. NUCOR CORP (NUE) | A | Dividend | | | Sold | 01/30/18 | J | | |
| 89. NUSTAR ENERGY LP (NS) | | None | | | Sold | 01/30/18 | J | | |
| 90. OCCIDENTAL PETE CORP DEL (OXY) | B | Dividend | | | Sold | 01/30/18 | M | | |
| 91. OCEANEERING INTL INC (OII) | | None | | | Sold | 01/30/18 | J | | |
| 92. OJSC OC ROSNEFT SPON GDR REG S (OJSCY) | | None | | | Sold | 01/30/18 | K | | |
| 93. OMV AG SPON ADR NEW (OMUKY) | | None | | | Sold | 01/30/18 | K | | |
| 94. ONEOK (OKE) | B | Distribution | | | Sold | 01/30/18 | L | | |
| 95. PETROCHINA CO LTD SPON ADR (PTR) | | None | | | Sold | 01/30/18 | K | | |
| 96. PHILLIPS 66 (PSX) | C | Dividend | M | T | | | | | |
| 97. PIONEER NAT RES CO (PXD) | | None | | | Sold | 01/30/18 | M | | |
| 98. PJSC LUKOIL SPON ADR (LUKOY) | A | Dividend | | | Sold | 01/30/18 | K | | |
| 99. PLAINS ALL AMERICAN PIPELINE LP (PAA) | A | Distribution | | | Sold | 01/30/18 | K | | |
| 100. QUALCOMM INC (QCOM) | | None | | | Sold | 01/30/18 | J | | |
| 101. RIO TINTO PLC SPON ADR (RIO) | | None | | | Sold | 01/30/18 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE, WENDY | 08/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. ROYAL DUTCH SHELL PLC SPON ADR B (RDSB) | | None | | | Sold | 01/30/18 | K | | |
| 103. ROYAL DUTCH SHELL PLC SPON ADR A (RDSA) | E | Dividend | M | T | | | | | |
| 104. SASOL-LTD SPON ADR (SSL) | | None | | | Sold | 01/30/18 | M | | |
| 105. SCHLUMBERGER LTD (SLB) | A | Dividend | | | Sold | 01/30/18 | M | | |
| 106. SIEMENS AG SPON ADR (SIEGY) | | None | | | Sold | 01/30/18 | K | | |
| 107. SINOPEC SHANGHAI PETROCHEMICAL SPON ADR H (SHI) | | None | | | Sold | 01/30/18 | K | | |
| 108. SOUTHERN COPPER CORP (SCCO) | | None | | | Sold | 01/30/18 | L | | |
| 109. SPECTRA ENERGY PART LP (SEP) | | None | | | Sold | 01/30/18 | J | | |
| 110. TARGA RESOURCES PART LP (TRGP) | | None | | | Sold | 01/30/18 | K | | |
| 111. TATA MTRS LTD SPON ADR (TTM) | | None | | | Sold | 01/30/18 | J | | |
| 112. TC PIPELINE LP (TCP) | | None | | | Sold | 01/30/18 | J | | |
| 113. TEMPLETON EMER MKTS INCOME FUND (TEI) | | None | | | Sold | 01/30/18 | J | | |
| 114. TEXAS INSTRUMENTS INC (TXN) | A | Dividend | | | Sold | 01/30/18 | K | | |
| 115. TOTAL SA SPON ADR (TOT) | A | Dividend | | | Sold | 01/30/18 | K | | |
| 116. TRANSCANADA CORP (TRP) | A | Dividend | | | Sold | 01/30/18 | K | | |
| 117. TRANSMONTAIGNE PART LP (TLP) | | None | | | Sold | 01/30/18 | K | | |
| 118. VERIZON COMM INC (VZ) | A | Dividend | | | Sold | 01/30/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BEETLESTONE, WENDY** | 08/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 119. WESTERN DIGITAL CORP (WDC) | A | Dividend | | | Sold | 01/30/18 | J | | |
| 120. WOODSIDE PETE LTD (WPL) | | None | | | Sold | 01/30/18 | J | | |
| 121. IRA #1 (H) | | | | | | | | | |
| 122. FIRST EAGLE GLOBAL FD A (SGENX) | | None | | | Sold | 01/26/18 | M | | |
| 123. DFA INTL REAL ESTATE SEC PTF (DFITX) | C | Dividend | L | T | Buy | 01/31/18 | L | | |
| 124. DFA REAL ESTATE PT (DFREX) | C | Dividend | L | T | Buy | 01/31/18 | L | | |
| 125. | | | | | Sold<br>(part) | 11/13/18 | J | | |
| 126. TRUST #1 (H) | | | | | | | | | |
| 127. DEPOSIT ACCOUNT IDA12 (MMDA12) (cash) | A | Interest | L | T | | | | | |
| 128. DFA TAX MGD INTL VALUE FD (DTMIX) | A | Dividend | | | Buy | 01/31/18 | K | | |
| 129. | | | | | Sold | 11/15/18 | K | | |
| 130. DFA EMERGING MKTS VALUE PTF (DFEVX) | A | Dividend | | | Buy | 01/31/18 | L | | |
| 131. | | | | | Sold | 11/15/18 | K | | |
| 132. DFA EMERGING MARKETS CORE EQUITY I (DFCEX) | A | Dividend | L | T | Buy | 11/15/18 | L | | |
| 133. DFA REAL ESTATE PT (DFREX) | B | Dividend | K | T | Buy | 01/31/18 | K | | |
| 134. DFA INTERNATIONAL VALUE I (DFIVX) | A | Dividend | K | T | Buy | 11/15/18 | K | | |
| 135. AT&T (T) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BEETLESTONE, WENDY** | 08/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. AMAZON COM INC (AMZN) | | None | L | T | | | | | |
| 137. AMERICAN EXPRESS CO (AXP) | A | Dividend | J | T | | | | | |
| 138. CA INC (CA) | A | Dividend | | | Sold | 11/05/18 | K | | |
| 139. CATERPILLAR INC DEL (CAT) | A | Dividend | J | T | | | | | |
| 140. CHEMOURS (CC) | | None | | | Sold | 01/30/18 | J | | |
| 141. CHUBB CORP (CB) | A | Dividend | | | Sold | 01/30/18 | J | | |
| 142. COCA COLA CO (KO) | A | Dividend | J | T | | | | | |
| 143. COMCAST CORP NEW CI A SPL (CMCSA) | A | Dividend | J | T | | | | | |
| 144. DISNEY WALT CO COM DISNEY (DIS) | A | Dividend | K | T | | | | | |
| 145. DISCOVERY COMM NEW COM SER C (DISCK) | | None | | | Sold | 01/30/18 | J | | |
| 146. DOWDUPONT (DWDP) | A | Dividend | J | T | | | | | |
| 147. ENI SPA SPON ADR (E) | | None | | | Sold | 01/30/18 | J | | |
| 148. EBAY INC (EBAY) | | None | J | T | | | | | |
| 149. EMERSON ELEC CO (EMR) | A | Dividend | J | T | | | | | |
| 150. EXPEDIA INC DEL COM NEW (EXPE) | A | Dividend | J | T | | | | | |
| 151. EXXON MOBIL CORP (XOM) | B | Dividend | K | T | | | | | |
| 152. GAZPROM SPON ADR EA REP 2 ORD SHS (OGZPY) | | None | | | Sold | 01/30/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BEETLESTONE, WENDY** | 08/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 153.  GENERAL ELECTRIC CO (GE) | A | Dividend | | | Sold | 01/30/18 | J | | |
| 154.  HESS CORP (HES) | | None | | | Sold | 01/30/18 | J | | |
| 155.  IMPERIAL OIL LTD COM NEW (IMO) | A | Dividend | | | Sold | 01/30/18 | J | | |
| 156.  INTEL CORP (INTC) | A | Dividend | K | T | | | | | |
| 157.  JP MORGAN CHASE & CO COM (JPM) | A | Dividend | J | T | | | | | |
| 158.  KIMBERLY CLARK CORP (KMB) | A | Dividend | J | T | | | | | |
| 159.  KRAFT FOODS GROUP INC (KHC) | A | Dividend | J | T | | | | | |
| 160.  LIBERTY BROADBAND CORP C (LBRDK) | | None | | | Sold | 01/30/18 | J | | |
| 161.  LIBERTY MEDIA SIRIUSXM A (LSXMA) | | None | | | Sold | 01/30/18 | J | | |
| 162.  LIBERTY MEDIA SIRIUSXM C (LSXMK) | | None | J | T | | | | | |
| 163.  MICROSOFT CORP (MSFT) | A | Dividend | K | T | | | | | |
| 164.  MONDELEZ INTL INC CL A (MDLZ) | A | Dividend | J | T | | | | | |
| 165.  OCCIDENTAL PETE CORP DEL (OXY) | A | Dividend | K | T | | | | | |
| 166.  PAYPAL HOLDINGS INC (PYPL) | | None | J | T | | | | | |
| 167.  PEPSICO INC (PEP) | A | Dividend | J | T | | | | | |
| 168.  PROCTER & GAMBLE CO (PG) | A | Dividend | J | T | | | | | |
| 169.  RAYTHEON CO COM NEW (RTN) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BEETLESTONE, WENDY** | 08/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170.  REPSOL SA SPON ADR (REPYY) | A | Dividend | | | Sold | 01/30/18 | J | | |
| 171.  RIO TINTO PLC SPON ADR (RIO) | C | Dividend | L | T | | | | | |
| 172.  ROYAL DUTCH SHELL PLC SPON ADR A (RDSA) | B | Dividend | K | T | | | | | |
| 173.  SANTOS LIMITED ADR UNSPONSORED (SSLTY) | | None | | | Sold | 01/30/18 | J | | |
| 174.  SOUTHERN COPPER CORP (SCCO) | A | Dividend | J | T | | | | | |
| 175.  TAIWAN SEMICOMDUCTOR MF LTD SPON ADR (TSM) | A | Dividend | J | T | | | | | |
| 176.  TEXAS INSTRS INC (TXN) | A | Dividend | K | T | | | | | |
| 177.  TIMEWARNER INC COM NEW (TWX) | A | Dividend | | | Sold | 06/15/18 | J | | |
| 178.  TOTAL SA SPONSORED ADR (TOT) | B | Dividend | K | T | | | | | |
| 179.  TWENTY FIRST CENTURY FOX INC CL B (FOX) | A | Dividend | J | T | | | | | |
| 180.  WAL MART STORES INC (WMT) | A | Dividend | J | T | | | | | |
| 181.  WEYERHAEUSER CO REIT (WY) | | None | | | Sold | 01/30/18 | J | | |
| 182.  TRUST #2 (H) | | | | | | | | | |
| 183.  DFA INTL SM CAP VAL PORT (DISVX) | A | Dividend | | | Buy | 01/31/18 | M | | |
| 184. | | | | | Sold | 11/15/18 | M | | |
| 185.  DFA EMERGING MKTS PTF (DFEMX) | A | Dividend | | | Buy | 01/31/18 | L | | |
| 186. | | | | | Sold | 11/15/18 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 187.  CHEVRON CORP NEW (CVX) | | None | | | Sold | 01/30/18 | L | | |
| 188.  CONOCOPHILLIPS (COP) | | None | | | Sold | 01/30/18 | K | | |
| 189.  ENI SPA SPON ADR (E) | | None | | | Sold | 01/30/18 | J | | |
| 190.  EXXON MOBIL CORP (XOM) | | None | | | Sold | 01/30/18 | K | | |
| 191.  FREEPORT MCMORAN COPPER &<br>GOLD (FCX) | | None | | | Sold | 01/30/18 | J | | |
| 192.  HESS CORP (HES) | | None | | | Sold | 01/30/18 | K | | |
| 193.  IMPERIAL OIL LTD COM NEW (IMO) | A | Dividend | | | Sold | 01/30/18 | K | | |
| 194.  MARATHON OIL CORP (MRO) | | None | | | Sold | 01/30/18 | J | | |
| 195.  MARATHON PETE CORP (MPC) | | None | | | Sold | 01/30/18 | K | | |
| 196.  OCCIDENTAL PETE CORP DEL (OXY) | A | Dividend | | | Sold | 01/30/18 | K | | |
| 197.  PHILLIPS 66 (PSX) | | None | | | Sold | 01/30/18 | K | | |
| 198.  RELIANCE INFRASTRUCTURE LTD<br>GDR (RELFE) | | None | | | Sold | 01/30/18 | J | | |
| 199.  ROYAL DUTCH SHELL PLC SPON ADR<br>A (RDSA) | | None | | | Sold | 01/30/18 | J | | |
| 200.  SASOL LTD SPON ADR (SSL) | | None | | | Sold | 01/30/18 | J | | |
| 201.  TOTAL SA SPON ADR (TOT) | A | Dividend | | | Sold | 01/30/18 | L | | |
| 202.  403(b) #1 (H) | | | | | | | | | |
| 203.  VANGUARD WELLINGTON FUND INV | | None | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **BEETLESTONE, WENDY** | 08/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. VANGUARD PRIMECAP FUND ADMIRAL | | None | N | T | | | | | |
| 205. VANGUARD TARGET RETIREMENT 2025 | | None | M | T | | | | | |
| 206. 403(b) #2 (H) | | | | | | | | | |
| 207. CREF STOCK R3 | | None | P1 | T | | | | | |
| 208. CREF GLOBAL EQUITIES R3 | | None | M | T | | | | | |
| 209. TIAA REAL ESTATE | | None | J | T | | | | | |
| 210. T-C INTL EQ RTMT | C | Dividend | M | T | | | | | |
| 211. TIAA TRADITIONAL | B | Interest | M | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BEETLESTONE, WENDY** | 08/03/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, line 140 (2017): This asset became unreportable without a corresponding reportable transaction.

| Name of Person Reporting | Date of Report |
|---|---|
| **BEETLESTONE, WENDY** | 08/03/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **S/ WENDY BEETLESTONE**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544